FRANCES WHITNEY, Respondent, *v.* LYRIC-ROCHESTER CORPORATION, Appellant.

EDWARD WHITNEY, Respondent, *v.* LYRIC-ROCHESTER CORPORATION, Appellant.

(Argued October 8, 1936; decided October 23, 1936.)

*Nicholas J. Weldgen* for appellant.

*Asher N. Shapiro* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.